JAY ESCOETT, PLAINTIFF-PETITIONER, v. ALDECRESS COUNTRY CLUB, *ET AL.*, DEFENDANTS-RESPONDENTS.

On petition for certification to Superior Court, Appellate Division.

*Mr. Jay Escoett* for the petitioner.

*Mr. Milton Rosenkranz, Messrs. Losche & Losche* and *Messrs. Eisenstein & Eisenstein* for the respondents.

November 5, 1956.

JOHN A. ROEBLING'S CORP., RESPONDENT, v. ANDREW BODROG, JR., *ET AL.*, PETITIONERS.

On petition for certification to Superior Court, Appellate Division.

*Mr. Clarence F. McGovern* for the petitioners.

*Messrs. Jamieson & Walsh* for the respondent.